James B. Lewis, Esq. #297326
jim@jameslewislawoffice.com
P.O. Box 2832
Laguna Hills, CA 92654
(310) 903-8926 phone
(213) 403-5409 fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY LEE MARSHALL,<br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | No. 2:20-cv-9185-DFM<br><br>[~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d),

IT IS ORDERED that attorney fees and expenses of $6,721.30 as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

DATE: November 16, 2021    _____
HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

/s/ James B. Lewis
James B. Lewis
Attorney for Plaintiff

1